IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RAWLEIGH PRITCHETT, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | Case No.: 1:12-cv-00182-WS-C |
| | * | |
| WERNER ENTERPRISES INC., | * | |
| | * | |
| Defendant. | * | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

COME NOW Plaintiffs, by and through their undersigned attorneys, and pursuant to Rule 56 of *Federal Rules of Civil Procedure*, move this Court for an entry of a Summary Judgment in their favor on the grounds that there is no genuine issue as to any material fact and these Plaintiffs are entitled to a judgment as a matter of law.  Plaintiffs specifically seek summary judgment on the following issues:

1. Plaintiffs' are not exempt employees under the Federal Motor Carrier Act.

2. Plaintiffs are entitled to liquidated damages.

3. Defendant's violations of the FSLA were willful and accordingly Plaintiffs are entitled to three (3) years statute of limitations.

4. Defendant's have failed to abide by the FSLA record keeping requirements and accordingly, Plaintiffs should be allowed to prove their damages by estimations through testimony.

5. Plaintiffs' workweek for FSLA purposes run from 5:30 a.m. on Monday through 5:29 a.m. on the following Monday.

In support of this motion, Plaintiffs' rely upon the Statement of Facts and Argument set forth in Plaintiffs' Brief in Opposition to Defendant's Motion for Summary Judgment (Doc. 48) filed herein on May 31, 2013 and the supporting exhibits filed therewith (Doc. 48-1 through Doc. 48-19), as well as Plaintiffs' Brief in Support of Summary Judgement and supporting exhibits filed on this date.

Respectfully submitted this 12th day of November, 2013.

*/s/ Richard W. Fuquay*
Richard W. Fuquay   (FUQUR6214)
DIAMOND FUQUAY LLC
Post Office Box 40600
Mobile, Alabama 36640
Telephone: (251) 432-3362
Facsimile: (251) 432-7702
Email: rwf@diamondfuquay.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Richard W. Fuquay*
Richard W. Fuquay